# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-3584

_____

United States of America,     *
          *
       Appellee,     *
          *   Appeal from the United States
   v.          *   District Court for the
          *   Southern District of Iowa.
James Lee Brown,     *
          *   [UNPUBLISHED]
       Appellant.     *

_____

Submitted: July 5, 2012
Filed: July 10, 2012

_____

Before WOLLMAN, MELLOY, and SMITH, Circuit Judges.

_____

PER CURIAM.

James Brown appeals the district court's[1] denial of his 18 U.S.C. § 3582(c)(2) sentence-reduction motion based on Amendment 750 to the United States Sentencing Guidelines. We affirm, as Brown's applicable Guidelines range was not lowered by the amendment. See U.S.S.G. § 1B1.10, comment. (n.1(A)) (eligibility for consideration under § 3582(c)(2) is triggered only by amendment that lowers applicable Guidelines range); United States v. Tolliver, 570 F.3d 1062, 1066-67 (8th Cir. 2009) (where applicable Guidelines range was not lowered by amendment,

_____

[1]The Honorable Ronald E. Longstaff, United States District Judge for the Southern District of Iowa.

district court lacked authority to reduce sentence).  To the extent Brown has raised arguments that are not based on a Guidelines amendment, those arguments are not properly raised in a section 3582(c)(2) motion.

The judgment is affirmed.  Counsel's motion to withdraw is granted.

_____